# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CARUSO,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN DOE,<br><br>    Defendant. | Case No. 24-cv-06275-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff Timothy Caruso has not responded to the Clerk's Notices to file a complaint and a motion to proceed in forma pauperis (or pay the filing fee), which were sent to him after he filed requests for a subpoena. Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failing to comply with the Clerk's Notices and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Caruso may move to reopen. Any such motion <u>must</u> (i) have the words MOTION TO REOPEN written on the first page; (ii) contain a complaint on this Court's form; <u>and</u> (iii) contain a complete application to proceed in forma pauperis or full payment for the $402.00 filing fee.

The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:** October 24, 2024



WILLIAM H. ORRICK
United States District Judge